IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Freedom From Religion Foundation, Inc., moves for the admission of Richard L. Bolton to practice before this Court in this case with Martin S. King and Reid J. Perkins to act as local counsel. Mr. Bolton's application appears to be in order.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Richard L. Bolton *pro hac vice* (Doc. No. 3) is GRANTED, on the condition that Mr. Bolton do his own work. This means that he must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Mr. Bolton shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bolton, within fifteen (15) days of the date of this Order, files a document acknowledging his admission under the terms set forth above.

DATED this 9th day of February, 2012.

_____
Dana L. Christensen, District Judge
United States District Court