Richard L. Bolton, Esq.
Boardman & Clark, LLP
1 South Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

Martin S. King, Esq.
Worden Thane P.C.
111 North Higgins, Suite 600
P.O. Box 4747
Missoula, MT 59806
Telephone: (406) 721-3400
Facsimile: (406) 721-6985
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., P. O. Box 750 Madison, WI 53701, Plaintiff, vs. CHIP WEBER, FLATHEAD NATIONAL FOREST SUPERVISOR UNITED STATES FOREST SERVICE 650 Wolfpack Way Kalispell, Montana 59901, Defendant. | Case No. CV 12-19-M-DLC **ACKNOWLEDGEMENT OF ADMISSION** |

  Attorney Richard L. Bolton has reviewed the Court's Order of February 9, 2012, admitting him pro hoc vice. Attorney Bolton acknowledges his admission under the terms set forth in the Court's Order, including the condition that he do his own work, i.e., he must do his own writing;

Acknowledgement of Admission     1

sign his own pleadings, motions and briefs; and appear and participate personally.   Attorney Bolton also has completed steps to register in the Court's electronic filing system.

 Dated this 17th day of February, 2012.

        */s/ Richard L. Bolton*
        Richard L. Bolton, Esq.
        Boardman & Clark LLP
        1 South Pinckney Street, 4th Floor
        Madison, WI   53701-0927
        Telephone:   (608) 257-9521
        Facsimile:   (608) 283-1709

        Martin S. King, Esq.
        Worden Thane P.C.
        111 North Higgins, Suite 600
        P.O. Box 4747
        Missoula, MT 59806
        Telephone:      (406) 721-3400
        Facsimile:      (406) 721-6985

        Attorneys for the plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

                                            */s/Richard L. Bolton*
                                            Richard L. Bolton

F:\DOCS\WD\26318\31\A1352740.RTF