MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247- 4667
Fax: (406) 657- 6989
E-mail:mark.smith3@usdoj.gov

ATTORNEY FOR DEFENDANT
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>    Plaintiffs,<br><br>   vs.<br><br>CHIP WEBER, Flathead National Forest Supervisor, UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture,<br><br>    Defendants. | CV 12-19-M-DLC<br><br>**NOTICE OF APPEARANCE** |

Assistant United States Attorney, Mark Steger Smith, hereby notifies the Court and opposing counsel of his appearance on behalf of the Defendants.

>Mark Steger Smith
>Assistant U.S. Attorney
>P.O. Box 1478
>Billings, MT 59103
>(406) 247-4667 - Phone
>(406) 657-6989 - Fax
>E-Mail: mark.smith3@usdoj.gov

**DATED** this 2nd day of April, 2012.

>**MICHAEL W. COTTER**
>**United States Attorney**
>
>
>**/s/ Mark Steger Smith**
>**Assistant U.S. Attorney**
>**Attorney for the Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2012, a copy of the foregoing document was served on the following persons by the following means:

    1,2,3 CM/ECF
    ____ Hand Delivery
    ____ U.S. Mail
    ____ Overnight Delivery Service
    ____ Fax
    ____ E-Mail

1. Clerk, U.S. District Court

2. Richard L. Bolton, Esq.
Boardman & Clark, LLP
1 South Pinckney Street, 4th Floor
P.O. Box 927
Madison WI 53701-0927
608/257-9521 - phone
608/283-1709 - fax
Attorney for Plaintiffs

3. Martin S. King, Esq.
Worden Thane P.C.
111 North Higgins, Suite 600
P.O. Box 4747
Missoula, Montana 59806
406/721-3400 - phone
406/721-6985 - fx
Attorney for Plaintiffs

    **/s/ MARK STEGER SMITH**
    **Assistant U.S. Attorney**
    **Attorney for Defendant**