# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Chip Weber, Flathead National Forest Supervisor; and <br><br> United States Forest Service, an Agency of the United States Department of Agriculture, <br><br> *Defendants*. | Case No. 9:12-cv-19-DLC |

**FILED** MAY 29 2012 PATRICK E. DUFFY, CLERK By_____ DEPUTY CLERK, MISSOULA

## MOTION TO INTERVENE

For the reasons stated in the accompanying brief, proposed Defendant-Intervenors William Glidden, Raymond Leopold, Eugene Thomas, Norman DeForrest, and the Knights of Columbus hereby move the Court for leave to intervene as of right under Federal Rule of Civil Procedure 24(a). Alternatively, Proposed Intervenors seek permissive intervention under Rule 24(b). Plaintiff Freedom From Religion Foundation, Inc. has consented to intervention. Defendants United States Forest Service and Chip Weber have not yet taken a position on the motion, but have indicated that after the motion is filed they will

likely file a statement of non-opposition asserting that they take no position on the motion.

Dated: May 29, 2012         Respectfully submitted,

_____
Charles A. Harball
(Montana Bar No. 2841)
201 1st Ave. East
Kalispell, MT 59901
Telephone: (406) 758-7709
Facsimile: (406)n 758-7979

Eric C. Rassbach (*pro hac* pending)
Eric S. Baxter (*pro hac* pending)
The Becket Fund for Religious Liberty
3000 K St. NW, Suite 220
Washington, DC 20007
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2012, I served the foregoing *Motion to Intervene* via Federal Express on the following:

David B. Glazer
U.S. DEP'T OF JUSTICE
301 Howard Street
Suite 1050
San Francisco, CA 94105

Mark Steger Smith
OFFICE OF THE U.S. ATT'Y
2929 3rd Ave. North, Ste. 400
P.O. Box 1478
Billings, MT 59103-1478

Martin S. King
Reid Perkins
WORDEN THANE
P.O. Box 4747
Missoula, MT 59806-4747
406-721-3400
Fax: 721-6985

Richard L. Bolton
BOARDMAN & CLARK, LLP
1 South Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927

Respectfully submitted,

*Marie Peralta*
Marie Peralta