IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHIP WEBER and UNITED STATES FOREST SERVICE, <br><br> Defendants. | No. 9:12-CV-00019 DLC <br><br> FEDERAL DEFENDANTS' CERTIFICATION OF THE ADMINISTRATIVE RECORD <br><br> Date:   N/A <br> Time:   N/A <br> Hon. Dana L. Christensen |

I, Joe Krueger, hereby declare as follows:

1. I am currently the Forest Environmental Coordinator for the U.S. Forest Service ("Forest Service"), Flathead National Forest, with responsibility for compiling the pertinent documents for Case 9:12-CV-00019 DLC.

2. I have compiled all the relevant documents from the agency records that pertained to the original Special Use Permit authorization, as well as the documents that pertain to the Special Use Permit reauthorization.

3. The documents have been organized on one DVD that includes an index that is linked to the individual documents or accessed by clicking on a folder and the individual document.

4. The documents described above were compiled to document the Forest Service's reauthorization of the Special Use Permit challenged in this litigation.

5. The foregoing is based upon my personal knowledge. If called upon, I could competently testify as to the above matters.

I declare under penalty of perjury, pursuant to 17 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 30th day of MAY, 2012, in Missoula, Montana.

_____
JOSEPH KRUEGER

1

## CERTIFICATE OF SERVICE

    I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 31, 2012           /s/*David B. Glazer*
                                         David B. Glazer