THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>    Plaintiff,<br><br> v.<br><br>CHIP WEBER, Flathead National Forest Supervisor, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>    Defendants,<br><br> and<br><br>WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328),<br><br>    Defendant-Intervenors. | Case No. CV 12-19-M-DLC<br><br>**INTERVENORS' MOTION FOR *PRO HAC VICE* ADMISSION OF ERIC BAXTER** |

    Undersigned counsel respectfully moves the Court to admit applicant Eric Baxter of The Becket Fund for Religious Liberty *pro hac vice* pursuant to Local Civil Rule 83.1. A declaration by the applicant under Lo-

cal Civil Rule 83.1(3) is attached to this motion. Undersigned counsel will comply with the obligations for local counsel set forth in Local Civil Rule 83.1(5).

For the foregoing reasons, Intervenors' motion to admit Eric Baxter *pro hac vice* should be granted.

Dated: June 4, 2012                    Respectfully submitted,


   s/ *Charles A. Harball*
Charles A. Harball
(Montana Bar No. 2841)
201 1st Ave. East
Kalispell, MT 59901
Telephone: (406) 758-7709
Facsimile: (406) 758-7758

Eric C. Rassbach (*pro hac* pending)
Eric S. Baxter (*pro hac* pending)
The Becket Fund for Religious Liberty
3000 K St. NW, Suite 220
Washington, DC 20007
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that, on June 4, 2012, I served the foregoing *Intervenor's Motion for Pro Hac Vice Admission of Eric Baxter* via the Court's ECF system on all counsel of record.

Respectfully submitted,

  s/ *Charles A. Harball*
Charles A. Harball