# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Chip Weber, Flathead National Forest Supervisor; and <br><br> United States Forest Service, an Agency of the United States Department of Agriculture, <br><br> *Defendants*. | Case No. 9:12-cv-19-DLC |

## DECLARATION OF ERIC S. BAXTER

I, Eric S. Baxter, declare under penalty of perjury as follows:

(1)   I am over 18 years of age and have personal knowledge of each of the statements in this declaration.

(2)   My residence is in Maryland and my office address is:

    Eric S. Baxter
    The Becket Fund for Religious Liberty
    3000 K St. NW
    Suite 220
    Washington, DC 20007

(3) A list of the courts where I have been admitted to practice is set forth on Exhibit A hereto, including dates of admission.

(4) I have not been terminated from admission to any of these courts, and I am in good standing and eligible to practice in these courts.

(5) I am not currently suspended or disbarred in any other court.

(6) I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent.

(7) I have not concurrently or within the two years preceding the date of this application made any *pro hac vice* application to this Court.

(8) I understand that *pro hac vice* admission in this Court is personal to the attorney only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

Dated: May 29, 2012

/s/ Eric S. Baxter
Eric S. Baxter

# EXHIBIT A

| Court | Date of Admission |
|---|---|
| 1. Supreme Court of the United States | Dec. 3, 2011 |
| 2. District of Columbia Bar | Oct. 4, 2002 |
| 3. Utah State Bar | Jun. 19, 2001 |
| 4. Maryland State Bar | Feb. 7, 2011 |
| 5. U.S. District Court for the District of Colorado | Jan. 23, 2012 |
| 6. U.S. District Court for the District of Columbia | Jan. 10, 2011 |
| 7. U.S. District Court for the District of Maryland | Feb. 3, 2003 |
| 8. U.S. District Court for the Eastern District of Michigan | Aug. 29, 2001 |