IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

1

Defendant-Intervenors move for the admission of Eric S. Baxter to practice before this Court in this case with Charles A. Harball to act as local counsel. The application appears to be in order, after the erroneous declaration attached to motion (doc. 22) was submitted correctly as (doc. 24).

Accordingly, IT IS HEREBY ORDERED that Defendant-Intervenors' motion to admit Eric S. Baxter *pro hac vice* (doc. 22) is GRANTED on the condition that Mr. Baxter does his own work. This means that he must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Baxter, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 5th day of June, 2012.

_____
Dana L. Christensen, District Judge
United States District Court