# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., | |
| *Plaintiff,* | |
| v. | Case No. 9:12-cv-19-DLC |
| Chip Weber, Flathead National Forest Supervisor; and | **ACKNOWLEDGEMENT OF ERIC S. BAXTER FOR ADMISSION PRO HAC VICE** |
| United States Forest Service, an Agency of the United States Department of Agriculture, | |
| *Defendants.* | |

I, Eric S. Baxter, acknowledge the court's Order granting my motion to admit me *pro hac vice*, and understand that my admission is contingent on doing my own work, including the following:

    a. Doing my own writing;

    b. Signing my own pleadings, motions, and briefs;

    c. Appearing and participating personally; and

    d. Registering in the Court's electronic filing system.

Dated: June 18, 2012

                                                  Eric S. Baxter

> The Becket Fund for Religious Liberty
> 3000 K Street, NW, Ste., 220
> Washington, DC 20007
> Tel.: (202) 955-0095
> Fax: (202) 955-0090
> *erassbach@becketfund.org*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2012, I caused a copy of the foregoing *Acknowledgement of Eric S. Baxter for Admission Pro Hac Vice* to be served on all counsel of record via the Court's electronic filing system.

                                             /s/ *Charles A. Harball*
                                             Charles A. Harball