# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Chip Weber, Flathead National Forest Supervisor; and <br><br> United States Forest Service, an Agency of the United States Department of Agriculture, <br><br> *Defendants.* | Case No. 9:12-cv-19-DLC <br><br> **ACKNOWLEDGEMENT OF ERIC C. RASSBACH FOR ADMISSION PRO HAC VICE** |

I, Eric C. Rassbach, acknowledge the court's Order granting my motion to admit me *pro hac vice*, and understand that my admission is contingent on doing my own work, including the following:

    a. Doing my own writing;

    b. Signing my own pleadings, motions, and briefs;

    c. Appearing and participating personally; and

    d. Registering in the Court's electronic filing system.

Dated: June 18, 2012

                                                      Eric C. Rassbach

                                               The Becket Fund for Religious Liberty
3000 K Street, NW, Ste., 220
Washington, DC 20007
Tel.: (202) 955-0095
Fax: (202) 955-0090
*erassbach@becketfund.org*

## CERTIFICATE OF SERVICE

I certify that on June 18, 2012, I caused a copy of the foregoing *Acknowledgement of Eric C. Rassbach for Admission Pro Hac Vice* to be served on all counsel of record via the Court's electronic filing system.

                                                  /s/ *Charles A. Harball*
                                                  Charles A. Harball