OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Patrick Duffy
Clerk of Court



Beth Conley
Chief Deputy Clerk

Date: 6/18/2012

In Re:  Incorrect Docket Event Used During E-Filing

Document: Acknowledgment of PHV Order

Document Number: 32 and 33

Date Filed: 6/18/2012

Case Number:  CV 12-19-M-DLC

Dear  Counsel Harball,

The above document was filed using an incorrect docket event.

The incorrect event that was used:  Motion to Supplement

The correct event that should have been used:  Notice of Acknowledgment of PHV Order

- ☉ This notice is for your information for future filings, the document does not need to be re-filed.

- ○ **ACTION REQUIRED!**  The document must be re-filed using the correct event as outlined above.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,


/s/  Amanda Goodwin
Case Manager

Telephone: (406) 542-7260
E-Mail: Amanda_Goodwin@mtd.uscourts.gov
Website: www.mtd.uscourts.gov