

## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### For The District of Montana

Patrick Duffy
Clerk of Court

Beth Conley
Chief Deputy Clerk

Date: August 8, 2012

In Re:  Request From Chambers

Document: Declaration of William A. Cox

Document Number:  42

Date Filed: August 8, 2012

Case Number:  CV 12-19-M-DLC

Dear  Counsel Bolton,

## <span style="color:red">ACTION REQUIRED!</span>

Pursuant to the request of chambers regarding the above document, please take the following corrective action:

File a signed version of the declaration.

Sincerely,

/s/  Amanda Goodwin

Case Manager

Telephone: (406) 542-7260

E-Mail: Amanda_Goodwin@mtd.uscourts.gov
Website: www.mtd.uscourts.gov