IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:  (415) 744–6491
FAX: (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIP WEBER and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | No. 9:12-CV-00019 DLC<br><br>FEDERAL DEFENDANTS' RESPONSE RE:  INTERVENORS' MOTION TO DISMISS (ECF NO. 37), PLAINTIFF'S MOTION TO AMEND (ECF NO. 43) AND MOTION FOR LEAVE TO FILE AS *AMICI CURIAE* (ECF NO. 40)<br><br>Date:   N/A<br><br>Time:  N/A<br><br>Hon. Dana L. Christensen |

Federal Defendants Chip Weber and U.S. Forest Service file this brief response to the pending motion to dismiss of Intervenor Knights of Columbus (ECF No. 37), motion for leave to file amended complaint of Plaintiff Freedom From Religion Foundation (ECF No. 43), and motion for leave to file as *amici curiae* of certain members of Congress and the American Center for Law and Justice (ECF No. 40).

The Federal Defendants take no position on any of the pending motions.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 14, 2012 | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
|  | /s/*David B. Glazer*<br>DAVID B. GLAZER<br>Natural Resources Section<br>Environment & Natural Resources Division<br>United States Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, California<br>Tel:   (415) 744-6491<br>Fax:   (415) 744-6476<br>E-mail:  David.Glazer@usdoj.gov |
|  | *Attorneys for Federal Defendant* |

OF COUNSEL

Alan J. Campbell
Office of General Counsel
U.S. Department of Agriculture

1

## CERTIFICATE OF SERVICE

    I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 14, 2012          /s/*David B. Glazer*
                                                     David B. Glazer