IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit Corporation, ) ) ) ) ) | |
| Plaintiff, ) ) | Cause No. CV12-19-M-DLC |
| vs. ) ) | |
| CHIP WEBER, FLATHEAD NATIONAL FOREST SUPERVISOR, and UNITED STATES FOREST SERVICE, an Agency of the United States Department of Agriculture, ) ) ) ) ) ) | MOTION FOR LEAVE TO FILE RESPONSE TO AMICUS BRIEF |
| Defendants, ) ) | |
| and ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS, ) ) ) ) | |
| Defendant-Intervenors. ) | |

The plaintiff, Freedom From Religion Foundation, moves the Court for leave to file a response to the amicus brief filed on August 28, 2012. The plaintiff also requests leave to consolidate its reply in support of plaintiffs' alternative motion for leave to file amended complaint with its response to the amicus brief. Plaintiff further agrees to abide by the word limit for reply briefs, i.e., 3,250 words. Finally, the plaintiff requests leave to file its consolidated brief on or before September 7, 2012.

Plaintiff requests leave to respond to the amicus brief because it raises issues and arguments not otherwise made or fully developed by the named parties to this action. The

intervening defendants, however, do raise related issues in their opposition to the plaintiffs' alternative motion for leave to file amended complaint, so a consolidated response is most efficient.

The plaintiff has advised the other parties to this litigation, as well as counsel for the amici, of its intent to bring this motion.  Plaintiff has been advised in response that the parties have no objection to this motion, subject to abiding by the word limitation for reply briefs, i.e., 3250 words.  The amici curiae, as non-parties, take no position on the plaintiff's motion.

Dated this 5th day of September 2012.

                                        Martin S. King, Esq.
                                        Worden Thane P.C.
                                        111 North Higgins, Suite 600
                                        P.O. Box 4747
                                        Missoula, MT 59806
                                        Telephone:  (406) 721-3400
                                        Facsimile:  (406) 721-6985
                                        E-Mail:

                                         */s/ Richard L. Bolton*
                                        Richard L. Bolton, Esq.
                                        Boardman & Clark LLP
                                        1 South Pinckney Street, 4th Floor
                                        Madison, WI  53701-0927
                                        Telephone:  (608) 257-9521
                                        Facsimile:  (608) 283-1709
                                        E-Mail:  rbolton@boardmanclark.com
                                        Attorneys for Plaintiff

3

CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

                                                */s/Richard L. Bolton*
                                                Richard L. Bolton

F:\DOCS\WD\26318\31\A1485905.DOCX