IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

Plaintiff has requested leave to file a response to the amicus brief filed on August 28, 2012, and to consolidate its reply in support of Plaintiff's alternative

1

motion for leave to file amended complaint with the response. (Doc. 52). Defendants do not object to this request so long as the response is limited to 3,250 words.

    IT IS ORDERED Plaintiff's motion (doc. 52) is GRANTED and its response is due by September 7, 2012.

    Dated this 6th day of September, 2012.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

2