IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture,<br><br>        Defendants,<br><br>and<br><br>WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328),<br><br>        Defendant-Intervenors, | CV 12-19-M-DLC<br><br><br><br>ORDER |

The parties have filed a joint motion to suspend the trial date in this matter in order to give the Court sufficient time to rule on the parties' summary judgment

1

motions (doc. 56). The motion is well taken and will be granted. A telephonic scheduling conference will be set for Tuesday, January 22, 2013, at 2:00 p.m. to reschedule the trial date. The parties will be advised of the call-in information via email.

IT IS ORDERED the joint motion to suspend the trial date (doc. 56) is GRANTED. The final pretrial conference and bench trial set for March 11, 2013, are VACATED.

IT IS FURTHER ORDERED that a telephonic scheduling conference is hereby set for Tuesday, January 22, 2013, at 2:00 p.m.

Dated this 16th day of January, 2013.

*[signature]*

Dana L. Christensen, District Judge
United States District Court