IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

Defendant-Intervenors have filed a motion to increase the word limit for all

parties opening and response summary judgment briefs from 6,500 to 10,000

1

words.  Defendant-Intervenors contend the additional words are necessary due to the complicated factual record in this case.  The motion is unopposed and it will be granted.  Therefore,

IT IS ORDERED that Defendant-Intervenors' motion to extend the word limit (doc. 58) is GRANTED.  All briefs in support of summary judgment and response briefs may contain up to 10,000 words.

Dated this 18th day of January, 2013.

_____
Dana L. Christensen, District Judge
United States District Court