IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:  (415) 744–6491
FAX: (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | No. 9:12-CV-00019 DLC |
| Plaintiff, | FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CHIP WEBER and UNITED STATES FOREST SERVICE, | Date:   N/A |
| Defendants. | Time:  N/A |
| | Hon. Dana L. Christensen |

Federal Defendants U.S. Forest Service and Chip Weber hereby serve notice that they move for summary judgment in this matter, as provided in the Court's Scheduling Order, ECF No. 31, ¶ 1.  In support of their motion, Federal Defendants respectfully direct the Court's attention to the accompanying brief, Statement of Undisputed Fact, and Declaration of Ian Smith,

Respectfully submitted,

DATED:  January 18, 2013

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:   (415) 744-6491
Fax:   (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

OF COUNSEL

Alan J. Campbell
Office of General Counsel
U.S. Department of Agriculture

1

<u>CERTIFICATE OF SERVICE</u>

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 18, 2013          /s/*David B. Glazer*
                                              David B. Glazer

2