IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., <br><br> *Plaintiff,* <br> v. <br><br> Chip Weber, Flathead National Forest Supervisor; and <br><br> United States Forest Service, an Agency of the United States Department of Agriculture, <br><br> *Defendants*, <br><br> and <br><br> William Glidden, Raymond Leopold, Norman DeForrest, Eugene Thomas, and the Knights of Columbus (Kalispell Council No. 1328), <br><br> *Intervenor-Defendants.* | Case No. 9:12-cv-19-DLC <br><br> **INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Because there are no disputed issues of material fact and Intervenor-Defendants are entitled to summary judgment as a matter of law, Intervenor-Defendants respectfully request that this Court grant them summary judgment on Plaintiff's complaint. *See* Fed. R. Civ. P. 56(a).

Dated: January 18, 2013              Respectfully submitted,

    /s/ *Eric S. Baxter*
Eric C. Rassbach (*pro hac vice*)
Eric S. Baxter (*pro hac vice*)
The Becket Fund for Religious Liberty
3000 K St. NW, Suite 220
Washington, DC 20007
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Charles A. Harball
(Montana Bar No. 2841)
Kalispell, MT 59901
Telephone: (406) 758-7709
Facsimile: (406) 758-7758

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I caused the foregoing *Intervenor-Defendants' Motion for Summary Judgment* to be served via this Court's electronic filing system on the following counsel of record:

David B. Glazer
*david.glazer@usdoj.gov*

Mark Steger Smith
*mark.smith3@usdoj.gov*

Martin S. King
*mking@wordenthane.com*

Reid Perkins
*rperkins@wordenthane.com*

Richard L. Bolton
*rbolton@boardmanclark.com*

                                         /s/ *Eric S. Baxter*
                                         Eric S. Baxter