IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

A telephonic scheduling conference was held in this case on January 22, 2013, to reset the trial date. Richard Bolton and Martin King represented the Plaintiff. David Glazer represented the Federal Defendants, and Charles Harball

1

and Eric Baxter represented the Defendant-Intervenors. Plaintiff requested an additional week to file its response brief in this matter, and that request will be granted. The final pretrial conference and trial will be rescheduled for Monday, June 17, 2013, in Missoula, Montana. All other deadlines will be rescheduled accordingly.

IT IS ORDERED that the following schedule will govern all further proceedings:

| | |
|---|---|
| Plaintiff files combined response/reply: | February 8, 2013 |
| Defendants and Defendant-Intervenors file reply: | February 22, 2013 |
| Attorney conference to prepare Final Pretrial Order: | June 3, 2013 |
| E-file Final Pretrial Order, Proposed Findings of Fact & Conclusions of Law, and trial briefs and e-mail to dlc_propord@mtd.uscourts.gov (trial briefs are optional): | June 10, 2013 |
| Final Pretrial conference: | June 17, 2013, at 8:30 a.m. Russell Smith Courthouse Missoula, Montana |
| Bench Trial: | June 17, 2013, immediately following Final Pretrial Conference Russell Smith Courthouse Missoula, Montana |

Continuance of the above deadlines will not be granted, absent compelling reasons.

Dated this 22nd day of January, 2013.

_____
Dana L. Christensen, District Judge
United States District Court