OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy Clerk

Date: January 25, 2013

In Re:  Improper Signature

Document: Amicus Curiae Brief

Document Number: 68

Date Filed: January 25, 2013

Case Number: CV 12-19-M-DLC

Dear Counsel Baskett,

The signature on the above document does not comply with Local Rules or the Administrative Procedures Manual.

- ⦿ This notice is for your information for future filings, the document does not need to be re-filed.

- ○ **ACTION REQUIRED!**  An amended document properly signed must be filed.

Please consult the Local Rules and the Administrative Procedures Manual to ensure that any future filings are properly signed.  If I may be of assistance after reviewing these documents, please do not hesitate to contact me.

Sincerely,

/s/ Amanda Goodwin
Case Manager

Telephone: (406) 542-7260
E-Mail: Amanda_Goodwin@mtd.uscourts.gov
Website: www.mtd.uscourts.gov