IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

Plaintiff Freedom From Religion Foundation has filed an unopposed motion

to extend the response date to pending summary judgment motions from February

1

8, 2013 to February 13, 2013. (Doc. 70.) The motion will be granted.

IT IS ORDERED that Plaintiff's motion to extend the summary judgment response date (doc. 70) is GRANTED. Plaintiff's response to pending summary judgment motions shall be filed by February 13, 2013.

IT IS FURTHER ORDERED that Defendants' replies in support of motion for summary judgment shall be filed by February 28, 2013.

Dated this 5th day of February, 2013.

_____
Dana L. Christensen, District Judge
United States District Court