UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** a Wisconsin Non-Profit Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**CHIP WEBER, Flathead National Forest Supervisor,**<br><br>and<br><br>**UNITED STATES FOREST SERVICE,** an Agency of the United States Department of Agriculture,<br><br>**Defendants,**<br><br>and<br><br>**WILLIAM GLIDDEN, RAYMOND LEOPOLD, NORMAN DEFOREST, EUGENE THOMAS, and the KNIGHTS OF COLUMBUS (Kalispell Council No. 1328),**<br><br>**Intervenor-Defendants.** | Case No. CV 12-19-M-DLC<br><br><br><br><br><br><br><br><br><br>Hon. Dana L. Christensen |

## NOTICE OF APPEARANCE OF MARISSA A. PIROPATO

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Federal Defendants in the above-captioned matter.

Please enter the appearance of Marissa A. Piropato, United States Department of Justice, as co-counsel for Federal Defendants. Ms. Piropato's contact information is as follows:

<u>For Deliveries by U.S. Mail</u>:

Marissa A. Piropato
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

<u>For Overnight or Hand Deliveries</u>:

Marissa A. Piropato
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW, Room 3114
Washington, D.C. 20004

<u>Telephone</u>:   (202) 305-0470
<u>Facsimile</u>:   (202) 305-0506
<u>Email</u>:        marissa.piropato@usdoj.gov

Respectfully submitted this 15th day of February, 2013.

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment and Natural Resources Division

        <u>/s/ Marissa A. Piropato</u>
        Marissa A. Piropato
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 305-0470 (tel); 203-305-0506 (fax)
        Marissa.Piropato@usdoj.gov

        *Attorney for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

*/s/ Marissa Piropato*
MARISSA PIROPATO