# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

---

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin Non-Profit Corporation, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) **Case No. CV 12-19-M-DLC** <br> ) |
| CHIP WEBER, Flathead National Forest Supervisor, | ) <br> ) <br> ) |
| and | ) <br> ) |
| UNITED STATES FOREST SERVICE, an Agency of the United States Department of Agriculture, | ) <br> ) <br> ) <br> ) |
| Defendants, | ) <br> ) <br> ) |
| and | ) <br> ) <br> ) |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, NORMAN DEFOREST, EUGENE THOMAS, and the KNIGHTS OF COLUMBUS (Kalispell Council No. 1328), | ) <br> ) <br> ) <br> ) |
| Intervenor-Defendants. | |

---

## UNOPPOSED MOTION TO
## FILE CORRECTED DOCUMENTS

---

In its Response to Summary Judgment Motions, the Plaintiff, Freedom From Religion Foundation, Inc., included two exhibits and references thereto, with information that the federal Defendants inadvertently produced without redaction.   The parties accordingly stipulate and agree that a corrected Affidavit of Richard L. Bolton may be filed, wherein Exhibit 29 is withdrawn and Exhibit 30 is submitted with appropriate redaction.   In addition, Plaintiff's Statement of Disputed Facts No. 55 is corrected to exclude reference to redacted material.   Plaintiff, accordingly, shall also file a corrected Statement of Disputed Facts.

The parties further jointly request the Court to direct the Clerk to delete the uncorrected documents (Docket Nos. 72; 72-1 through 72-31; and 80) from the Court's docket system.   The parties further request that the Court not consider or rely on uncorrected paragraph 55 of Plaintiff's Statement of Disputed Facts, or on Docket Nos. 72-29 or 72-30.

Finally, the parties stipulate and agree that Plaintiff may file a corrected Brief in Opposition to Motions for Summary Judgment, and Corrected Responses to Defendants' Statement of Undisputed Facts.   The parties further stipulate and agree that Defendants' shall have until March 4, 2013 to file Reply Briefs in Support of their Motions for Summary Judgment.

Dated this 18th day of February, 2013.

**BOARDMAN & CLARK LLP**

By:     */s/ Richard L. Bolton*
        Richard L. Bolton, *Pro Hac Vice*
        *rbolton@boardmanclark.com*
        Boardman and Clark, LLP
        1 S. Pinckney St., Ste 410
        Madison, Wisconsin 53703-4256
        Telephone: 608-257-9521
        Facsimile: 608-283-1709

        Martin S. King
        *mking@wordenthane.com*
        Reid Perkins
        *rperkins@wordenthane.com*
        P.O. Box 4747
        Missoula, MT 59806-4747
        Telephone: 406-721-3400
        Facsimile: 406-721-6985

        Attorneys for Plaintiff, Freedom From
        Religious Foundation, Inc.

<u>Notice of Electronic Filing and Service</u>

I hereby certify that on February 18, 2013, this document was filed electronically in accordance with the ECF procedures of the United States District Court, District of Montana, Missoula Division, under Rule 5(d)(1), Federal Rules of Civil Procedure and L.R. 1.4(c).  All parties who are represented and have consented to service of electronically filed documents are served upon receipt of the NEF from the electronic filing system.

To the best of my knowledge, there are no parties in this case that require service by means other than electronic service using the Court's NEF.  The original document on file with the filing party contains a valid original signature.

Pursuant to Rule 7.1(c)(3) *et seq.*, a PDF version of a proposed order is filed with the unopposed motion and an MS-Word version of the proposed order has been electronically mailed to Judge Christensen at the proposed order e-mail address provided.

F:\DOCS\WD\26318\31\A1599171.DOCX  [ffrf unopposed motion submit corrected documents]