IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture,<br><br>    Defendants,<br><br>  and<br><br>WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328),<br><br>    Defendant-Intervenors, | CV 12-19-M-DLC<br><br><br><br><br><br><br>ORDER |

Defendant has filed an unopposed motion to file corrected documents (doc. 84) due to Defendants' inadvertent production of material without redaction.  The

1

parties stipulate that a corrected redacted version of the Affidavit of Richard L. Bolton be filed as Exhibit 30 and Exhibit 29 be withdrawn.  Plaintiff's statement of disputed facts (doc. 55) must also be corrected to exclude reference to redacted material.  The parties further seek additional time to file corrected response and reply briefs.  The motion will be granted.

IT IS ORDERED that Defendant's motion to file corrected documents (doc. 84) is GRANTED.  The Clerk shall delete the uncorrected documents (docs. 72, 72-1 through 72-31, and 80) and Defendant shall file corrected documents.

IT IS FURTHER ORDERED that Plaintiff may file a corrected brief in opposition to motions for summary judgment and responses to Defendants' statement of undisputed facts.  Defendants shall file reply briefs by March 4, 2013.

Dated this 19th day of February, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court