IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

Defendant-Intervenors have filed an unopposed motion to extend the reply date to pending summary judgment motions from March 4, 2013 to March 8,

1

2013. (Doc. 91.) The motion will be granted.

IT IS ORDERED that Defendant-Intervenors' motion to extend the summary judgment reply date (doc. 91) is GRANTED. Reply briefs shall be filed by March 8, 2013.

Dated this 28th day of February, 2013.

_____
Dana L. Christensen, District Judge
United States District Court