IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, | ) ) ) ) | CV 12-19-M-DLC |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328), | ) ) ) ) ) ) | |
| Defendant-Intervenors, | ) ) | |

Intervenor-Defendants have filed an unopposed motion to file corrected

documents (doc. 96) to correct citations and amend the affidavit of Raymond

1

Leopold.  The motion is unopposed and will be granted.

IT IS ORDERED that Intervenor-Defendants' motion to file corrected documents (doc. 96) is GRANTED.  Counsel for Intervenor-Defendants shall file the corrected documents.

Dated this 11th day of March, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court