IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Chip Weber, Flathead National Forest Supervisor; and<br><br>United States Forest Service, an Agency of the United States Department of Agriculture,<br><br>   *Defendants*,<br><br>  and<br><br>William Glidden, Raymond Leopold, Norman DeForrest, Eugene Thomas, and the Knights of Columbus (Kalispell Council No. 1328),<br><br>   *Intervenor-Defendants*. | Case No. 9:12-cv-19-DLC |

**RENEWED JOINT MOTION TO SUSPEND TRIAL DATE**

All parties to this litigation jointly move the Court to suspend the trial date currently set in this matter for June 17, 2013. Under Rule 16

of the Federal Rules of Civil Procedure, a schedule may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause" standard "primarily considers the diligence of the party seeking the amendment." *Johnson* v. *Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). It serves largely to exclude "carelessness" as a reason for modifying a scheduling order, because "carelessness is not compatible with a finding of diligence and offers no reason for a grant of relief." *Id*. Here, the parties have been diligent in meeting all deadlines and seek to suspend the trial date only for reasons of judicial efficiency and the Court's and parties' mutual convenience.

The trial in this matter is currently set to commence on June 17, 2013. The defendants' motions for summary judgment are currently pending, and the parties anticipate that many or all of the issues before the Court may be resolved as a matter of law. Moreover, to the extent the Court identifies disputed issues of material fact, the parties anticipate that there may be agreement that some of those factual disputes will be amenable to resolution by the Court on the papers under Federal Rule of Civil Procedure 52. Until the Court rules on the pending motions for summary judgment, however, the parties cannot

know what disputed issues of material fact may remain, whether live witnesses will be required, and whether any issues may be omitted from their trial preparations. The June 17 trial date thus will require the parties to engage in significant preparations that may prove to be wholly unnecessary.

For these reasons, the parties jointly request that the June 17 trial date be suspended and that a new trial date be set, if necessary, only after the motions for summary judgment have been resolved and the parties have attempted to reach agreement regarding the proper method for resolving any remaining disputes.

        Respectfully submitted,

        /s/ *Eric S. Baxter*
        Eric C. Rassbach (*pro hac vice*)
        Eric S. Baxter (*pro hac vice*)
        The Becket Fund for Religious Liberty
        3000 K St. NW, Suite 220
        Washington, DC 20007
        Telephone: (202) 955-0095
        Facsimile: (202) 955-0090

        Charles A. Harball
        (Montana Bar No. 2841)
        Kalispell, MT 59901
        Telephone: (406) 758-7709
        Facsimile: (406) 758-7758
        *Counsel for Defendant-Intervenors*

   /s/ *David B. Glazer*
David B. Glazer
U.S. DEP'T OF JUSTICE
301 Howard Street
Suite 1050
San Francisco, CA 94105
*Counsel for Federal Defendants*


   /s/ *Richard L. Bolton*
Richard L. Bolton
BOARDMAN & CLARK, LLP
1 South Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927

Martin S. King
WORDEN THANE
P.O. Box 4747
Missoula, MT 59806-4747
406-721-3400
Fax: 721-6985

*Counsel for Plaintiffs*

Dated: April 25, 2013

## CERTIFICATE OF COMPLIANCE
## WITH CIVIL LOCAL RULE 7.1(d)(2)

I hereby certify that the foregoing *Renewed Joint Motion To Suspend Trial Date* contains 478 words, excluding the caption page and certificates, but including the signature block.

    /s/ *Eric S. Baxter*
Eric S. Baxter

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2013, I caused the foregoing *Renewed Joint Motion To Suspend Trial Date* to be served via the Court's electronic case filing system on the following counsel of record:

| | |
|---|---|
| David B. Glazer<br>U.S. DEP'T OF JUSTICE<br>301 Howard Street<br>Suite 1050<br>San Francisco, CA 94105 | Martin S. King<br>Reid Perkins<br>WORDEN THANE<br>P.O. Box 4747<br>Missoula, MT 59806-4747<br>406-721-3400<br>Fax: 721-6985 |
| Mark Steger Smith<br>OFFICE OF THE U.S. ATT'Y<br>2929 3rd Ave. North, Ste. 400<br>P.O. Box 1478<br>Billings, MT 59103-1478 | Richard L. Bolton<br>BOARDMAN & CLARK, LLP<br>1 South Pinckney Street, 4th Floor<br>P.O. Box 927<br>Madison, WI 53701-0927 |

                     /s/ *Eric S. Baxter*
                     Eric S. Baxter