UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** a Wisconsin Non-Profit Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) **Case No. CV 12-19-M-DLC** |
| **CHIP WEBER, Flathead National Forest Supervisor,** | ) ) **Hon. Dana L. Christensen** ) |
| and | ) ) |
| **UNITED STATES FOREST SERVICE,** an Agency of the United States Department of Agriculture, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| **WILLIAM GLIDDEN, RAYMOND LEOPOLD, NORMAN DEFOREST, EUGENE THOMAS, and the KNIGHTS OF COLUMBUS (Kalispell Council No. 1328),** | ) ) ) ) ) ) |
| Intervenor-Defendants. | ) |

**NOTICE OF APPEARANCE OF KENNETH D. ROONEY**

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Federal Defendants in the above-

captioned matter. Please enter the appearance of Kenneth D. Rooney, United States Department of Justice, as co-counsel for Federal Defendants. Mr. Rooney's contact information is as follows:

For Deliveries by U.S. Mail:

> Kenneth D. Rooney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611

For Overnight or Hand Deliveries:

> Kenneth D. Rooney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 601 D Street, NW, Room 3820
> Washington, D.C. 20004

Telephone:   (202) 514-9269
Facsimile:   (202) 305-0506
Email:       kenneth.rooney@usdoj.gov

Respectfully submitted this 26th day of April, 2013.

> IGNACIA S. MORENO
> Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> /s/ Kenneth Rooney
> Kenneth D. Rooney
> Natural Resources Section
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 514-9269 (tel); 203-305-0506 (fax)
> Kenneth.rooney@usdoj.gov
>
> *Attorney for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

*/s/ Kenneth Rooney*
Kenneth D. Rooney