IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States, Department of Agriculture,<br><br>          Defendants,<br><br>  and<br><br>WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, and the KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328),<br><br>          Intervenor-Defendants. | CV 12–19–M–DLC<br><br>ORDER |

The parties filed a joint motion to suspend the trial date of June 17, 2013, in

1

this matter (doc. 100). The parties assert the "good cause" standard required by Rule 16 of the Federal Rules of Civil Procedure is met because the parties have met all deadlines set by the Court and seek suspension of the trial date only for reasons of judicial efficiency. The parties believe many or all issues in the case will be resolved by the Court's ruling on the pending motions for summary judgment. If any disputed issues of material fact remain, the parties promote resolution on the papers under Federal Rule of Civil Procedure 52.

The Court agrees that judicial efficiency will be best served by suspending the trial date indefinitely in this case, and the motion will be granted.

Accordingly, IT IS ORDERED that the joint motion to suspend trial date (doc. 100) is GRANTED. The trial date of June 17, 2013, is VACATED.

Dated this 26th day of April, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court