UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a WISCONSIN non-profit Corporation, | JUDGMENT IN A CIVIL CASE<br><br>Case No. CV-12-19 -M-DLC |

    Plaintiff,

 vs.

CHIP WEBER, Flathead National Forest Supervisor; UNITED STATES FOREST SERVICE, An Agency of the United States, Department of Agriculture,

    Defendants,

 and

WILLIAM GLIDDEN, RAYMOND LEOPOLD, EUGENE THOMAS, NORMAN DeFORREST, AND THE KNIGHTS OF COLUMBUS (KALISPELL COUNCIL 1328),

    Intervenor- Defendants.

_____

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment is entered in favor of the defendants and against the plaintiff.

      Dated this 24th day of June, 2013.

                              TYLER P. GILMAN, CLERK

                              By: /s/ B.Warren
                              Deputy Clerk