UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** a Wisconsin Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CHIP WEBER, Flathead National Forest Supervisor,**<br><br>and<br><br>**UNITED STATES FOREST SERVICE,** an Agency of the United States Department of Agriculture,<br><br>Defendants,<br><br>and<br><br>**WILLIAM GLIDDEN, RAYMOND LEOPOLD, NORMAN DEFOREST, EUGENE THOMAS, and the KNIGHTS OF COLUMBUS** (Kalispelll Council No. 1328),<br><br>Intervenor-Defendants. | **Case No. CV 12-19-M-DLC** |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above-captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final

judgment entered in this action on the 24th day of June, 2013.  This appeal is intended to include the Court's Summary Judgment Order on June 24, 2013, as well as the Court's Amended Summary Judgment Order entered June 25, 2013.

Dated this 22nd day of August, 2013.

                          BOARDMAN & CLARK LLP

                          By:  */s/ Richard L. Bolton*
                          Richard L. Bolton, *Pro Hac Vice*
                          *rbolton@boardmanclark.com*
                          Boardman and Clark, LLP
                          1 South Pinckney Street, Suite 410
                          Madison, Wisconsin 53703-4256
                          608-257-9521 || 608-283-1709 (fax)

Dated this 22nd day of August, 2013.

                          WORDEN THANE

                          By:  */s/ Martin S. King*
                          Martin S. King
                          *mking@wordenthane.com*
                          Reid Perkins
                          *rperkins@wordenthane.com*
                          P.O. Box 4747
                          Missoula, Montana 59806-4747
                          406-721-3400 || 406-721-6985 (fax)

                          *Attorneys for Plaintiff, Freedom From Religious Foundation, Inc.*

Notice of Electronic Filing and Service

I hereby certify that on August 22, 2013, this document was filed electronically in accordance with the ECF procedures of the United States District Court, District of Montana, Missoula Division, under Rule 5(d)(1), Federal Rules of Civil Procedure and L.R. 1.4(c).  All parties who are represented and have consented to service of electronically filed documents are served upon receipt of the NEF from the electronic filing system.

To the best of my knowledge, there are no parties in this case that require service by means other than electronic service using the Court's NEF.  The original document on file with the filing party contains a valid original signature.