## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman  
Clerk of Court

Beth Conley  
Chief Deputy Clerk



Date: August 23, 2013

In Re:  Incorrect Docket Event Used During E-Filing

Document: Notice

Document Number: 107

Date Filed: August 23, 2013

Case Number: CV 12-19-M-DLC

Dear Counsel:

The above document was filed using an incorrect docket event.

The incorrect event that was used:  notice

The correct event that should have been used:  Notice of Appeal

○ This notice is for your information for future filings, the document does not need to be re-filed.

⦿ **ACTION REQUIRED!**  The document must be re-filed using the correct event as outlined above.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,

/s/ Beth Warren  
Case Manager

Telephone: (406) 542-7260  
E-Mail: Beth_Warren@mtd.uscourts.gov  
Website: www.mtd.uscourts.gov