UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>CHIP WEBER, Flathead National Forest Supervisor and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>   Defendants - Appellees,<br><br>WILLIAM R. GLIDDEN; et al.,<br><br>   Intervenor-Defendants - Appellees. | No. 13-35770<br><br>D.C. No. 9:12-cv-00019-DLC<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered August 31, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:
              Molly C. Dwyer
              Clerk of Court

              Rebecca Lopez
              Deputy Clerk